STATE OF. NEW JERSEY, PLAINTIFF-RESPONDENT, v. JAY JOHNSON, DEFENDANT-APPELLANT.

Argued January 4, 1965—Decided January 26, 1965.

*Mr. Bernard Shurkin* argued the cause for appellant.

*Mr. Brendan T. Byrne,* Essex County Prosecutor, argued the cause for respondent (*Mr. Peter Murray,* Assistant County Prosecutor, of counsel and on the brief).

The opinion of the court was delivered

PER CURIAM. Defendant was sentenced on a plea of guilty to a charge of manslaughter. Thereafter he moved to vacate the judgment and for leave to withdraw his plea. After full hearing his application was denied. He appeals directly to us. *R. R.* 1:2–1(c).

Defendant did not show any basis for relief. The action of the trial court was thoroughly correct. Nor do we find warrant for criticism of counsel who represented defendant by assignment in the original proceeding or on this appeal. Both did all that could be expected with the little they had to work with.

The order is affirmed.

*For affirmance* — Chief Justice WEINTRAUB, and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANEMAN—7.

*For reversal*—None.